# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **ROBIN RICHARDSON**<br><br>v.<br><br>**AMERICAN RED CROSS, et al.** | **CIVIL ACTION**<br><br>**NO. 20-cv-04466** |
|---|---|

### ORDER RE.: SUMMARY JUDGMENT MOTION

AND NOW, this 22nd day of October, the Court hereby **ORDERS** that Defendant's Motion for Summary Judgment (ECF 24) is DENIED for the reasons stated in the foregoing Memorandum and parties are to proceed to arbitration.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-4466 Richadson v American Red Cross\Richardson v. Red Cross 20-4466 order re summary judgment.docx